# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: GLOBAL PROTECTION USA, INC. | § | Case No. 12-16322-ABA |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW SKLAR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,296,401.37<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $35,159.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $1,224,257.37 | |

3) Total gross receipts of $ 1,259,416.37 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $1,259,416.37 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $352,842.97 | $35,159.00 | $35,159.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,279,747.82 | 1,215,622.00 | 1,209,518.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 188,078.81 | 188,078.81 | 14,738.62 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,408,651.19 | 1,408,651.19 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,879,149.89 | 5,869,292.89 | 5,567,224.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,879,149.89 | $10,098,613.68 | $8,414,735.97 | $1,259,416.37 |

4) This case was originally filed under Chapter 11 on March 12, 2012 and it was converted to Chapter 7 on October 12, 2012.The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2017 By: /s/ANDREW SKLAR

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP bank account at TD bank | 1229-000 | 68.60 |
| Workers Comp Audit refund | 1229-000 | 1,932.00 |
| Hartford Insurance Premium Refund | 1229-000 | 1,465.77 |
| Adv #13-1251 Preference American Textile Systems | 1241-000 | 2,000.00 |
| Preference claim against American Express | 1241-000 | 30,000.00 |
| Adv#12-1879 Claim against Susquehana Bank | 1249-000 | 1,100,000.00 |
| Preference Claim Against Dilworth Paxson | 1241-000 | 9,950.00 |
| Adv #14-1019 Preference Newtec Condo Assn | 1241-000 | 750.00 |
| Adv #14-1299 Pref & other claims Guarino et al | 1241-000 | 25,000.00 |
| Adv #14-1239 A/R Claim Riverside County, CA | 1221-000 | 75,500.00 |
| Preference Claim vs. Haulmark Industries | 1241-000 | 12,000.00 |
| Adv #14-1018 Preference Con-Space Communications | 1241-000 | 750.00 |
| **TOTAL GROSS RECEIPTS** | | $1,259,416.37 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | SUSQUEHANNA COMMERCIAL FINANCE, INC. | 4210-000 | N/A | 16,163.21 | 0.00 | 0.00 |
| 49S-3 | SUSQUEHANNA BANK | 4210-000 | N/A | 22,160.76 | 0.00 | 0.00 |
| 52S | RR&C DEVELOPMENT CO. | 4210-000 | N/A | 279,360.00 | 0.00 | 0.00 |
| | Susquehanna Bank | 4210-000 | N/A | 35,159.00 | 35,159.00 | 35,159.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $352,842.97 | $35,159.00 | $35,159.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANDREW SKLAR | 2100-000 | N/A | 61,032.49 | 61,032.49 | 54,929.24 |
| Trustee Expenses - ANDREW SKLAR | 2200-000 | N/A | 201.50 | 201.50 | 201.50 |
| Other - Trenk, DiPasquale, DellaFerra & Sodono, P.C. | 3210-000 | N/A | 63,394.50 | 57,055.05 | 57,055.05 |
| Other - Porzio Bromberg & Newman, P.C. | 3210-000 | N/A | 923,864.81 | 923,864.81 | 923,864.81 |
| Other - Porzio Bromberg & Newman, P.C. | 3220-000 | N/A | 16,135.19 | 16,135.19 | 16,135.19 |
| Other - Trenk, DiPasquale, DellaFerra & Sodono, P.C. | 3220-000 | N/A | 753.11 | 753.11 | 753.11 |
| Other - EisnerAmper, LLP | 3410-000 | N/A | 129,803.21 | 129,803.21 | 129,803.21 |
| Other - EisnerAmper, LLP | 3420-000 | N/A | 196.79 | 196.79 | 196.79 |
| Other - Gibbons, P.C. | 3721-000 | N/A | 4,522.50 | 4,522.50 | 4,522.50 |
| U.S. Trustee Quarterly Fees - Untied States Trustee | 2950-000 | N/A | 2,275.00 | 2,275.00 | 2,275.00 |
| Other - Hartford Fire Insurance Company | 2990-000 | N/A | 1,678.60 | 0.00 | 0.00 |
| Other - OSJ PEP TENNESSEE LLC (ADMINISTRATIVE) | 2990-000 | N/A | 1,055,872.52 | 0.00 | 0.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Sklar Law, LLC | 3120-000 | N/A | 585.95 | 585.95 | 585.95 |
| Attorney for Trustee Fees (Trustee Firm) - Sklar Law, LLC | 3110-000 | N/A | 2,352.50 | 2,117.25 | 2,117.25 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 2.07 | 2.07 | 2.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - State of New Jersey - CBT | 2820-000 | N/A | 325.00 | 325.00 | 325.00 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 4.06 | 4.06 | 4.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.88 | 13.88 | 13.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.47 | 62.47 | 62.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.84 | 68.84 | 68.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.43 | 64.43 | 64.43 |
| Clerk of the Court Costs (includes adversary and other filing fees) - US | 2700-000 | N/A | 2,930.00 | 2,930.00 | 2,930.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - US | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.20 | 67.20 | 67.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.35 | 85.35 | 85.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.88 | 74.88 | 74.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.31 | 83.31 | 83.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.93 | 77.93 | 77.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.15 | 67.15 | 67.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.45 | 84.45 | 84.45 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 75.68 | 75.68 | 75.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.03 | 72.03 | 72.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.51 | 66.51 | 66.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.92 | 75.92 | 75.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.06 | 71.06 | 71.06 |
| Other - Sklar Law, LLC | 2300-000 | N/A | -72.96 | -72.96 | -72.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.66 | 68.66 | 68.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.59 | 165.59 | 165.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 147.47 | 147.47 | 147.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.56 | 123.56 | 123.56 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.17 | 136.17 | 136.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 127.45 | 127.45 | 127.45 |
| Other - Doman Transcribing | 2990-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.02 | 123.02 | 123.02 |
| Other - Diana Doman Transcribing, LLC | 2990-000 | N/A | -356.71 | -356.71 | -356.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 137.43 | 137.43 | 137.43 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 42.36 | 42.36 | 42.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.39 | 120.39 | 120.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.17 | 120.17 | 120.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.57 | 136.57 | 136.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,382.11 | 1,382.11 | 1,382.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,674.25 | 1,674.25 | 1,674.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,888.59 | 1,888.59 | 1,888.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,588.99 | 1,588.99 | 1,588.99 |
| Other - State of New Jersey - CBT | 2820-000 | N/A | 516.00 | 516.00 | 516.00 |
| Other - State of New Jersey - CBT | 2820-000 | N/A | 177.00 | 177.00 | 177.00 |
| Other - State of New Jersey - CBT | 2820-000 | N/A | 519.00 | 519.00 | 519.00 |
| Other - State of New Jersey - CBT | 2820-000 | N/A | 519.00 | 519.00 | 519.00 |
| Other - State of New Jersey - CBT | 2820-000 | N/A | 512.00 | 512.00 | 512.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 275.24 | 275.24 | 275.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.05 | 103.05 | 103.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.47 | 99.47 | 99.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.62 | 109.62 | 109.62 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 37.55 | 37.55 | 37.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.89 | 102.89 | 102.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,279,747.82 | $1,215,622.00 | $1,209,518.75 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deiches & Ferschmann | 6210-000 | N/A | 18,426.75 | 18,426.75 | 1,444.00 |
| Deiches & Ferschmann | 6220-000 | N/A | 82.21 | 82.21 | 6.44 |
| RR&C Development Co. | 6920-000 | N/A | 169,569.85 | 169,569.85 | 13,288.18 |

| | | | | |
|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $188,078.81 | $188,078.81 | $14,738.62 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20P-2 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 12.59 | 12.59 | 0.00 |
| 28 | STATE OF NEW JERSEY | 5800-000 | N/A | 2,000.00 | 2,000.00 | 0.00 |
| 29 -2 | STATE BOARD OF EQUALIZATION | 5800-000 | N/A | 1,380,731.06 | 1,380,731.06 | 0.00 |
| 34 -9 | Thomas Grasso | 5300-000 | N/A | 11,725.00 | 11,725.00 | 0.00 |
| 64 | STATE OF CALIFORNIA | 5800-000 | N/A | 2,457.54 | 2,457.54 | 0.00 |
| 44-P | Robert Denser | 5300-000 | N/A | 11,725.00 | 11,725.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,408,651.19 | $1,408,651.19 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PROFORMA CORPORATE CONCEPTS | 7100-000 | 14,298.94 | 14,848.00 | 14,848.00 | 0.00 |
| 2 | ULINE | 7100-000 | 25,770.06 | 26,507.72 | 26,507.72 | 0.00 |
| 3 | AMERICAN EXPRESS BANK FSB | 7100-000 | N/A | 1,635.72 | 1,635.72 | 0.00 |
| 4 | ORBIS CORPORATION | 7100-000 | 1,038.36 | 1,038.36 | 1,038.36 | 0.00 |
| 5 | GLOBALCOMM SATELLITE COMMUNICATION | 7100-000 | 1,497.00 | 1,497.00 | 1,497.00 | 0.00 |
| 6 | LAB SAFETY SUPPLY | 7100-000 | 492.00 | 642.00 | 642.00 | 0.00 |
| 7 | DQE, INC. | 7100-000 | 11,825.00 | 12,105.17 | 12,105.17 | 0.00 |
| 8 | 3M COMPANY | 7100-000 | 3,636.75 | 617,565.97 | 617,565.97 | 0.00 |
| 9 | MCR SAFETY | 7100-000 | N/A | 1,858.60 | 1,858.60 | 0.00 |
| 10 | MEDLINE INDUSTRIES | 7100-000 | 12,777.81 | 23,605.62 | 23,605.62 | 0.00 |
| 11 | STRYKER MEDICAL | 7100-000 | 61,180.80 | 61,481.34 | 61,481.34 | 0.00 |
| 12 | PROPAC, INC. | 7100-000 | 6,640.00 | 6,640.00 | 6,640.00 | 0.00 |
| 13 | FIRST WATER SYSTEMS INC. | 7100-000 | 17,166.50 | 18,281.50 | 18,281.50 | 0.00 |
| 14 | XYMID, LLC | 7100-000 | 2,115.00 | 2,115.00 | 2,115.00 | 0.00 |
| 15 | INLAD TRUCK & VAN EQUIP., INC. | 7100-000 | 7,568.40 | 7,568.40 | 7,568.40 | 0.00 |
| 16 | BROADVIEW NETWORKS | 7100-000 | 222.95 | 268.46 | 268.46 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | FLIR COMMERCIAL SYSTEMS, INC. | 7100-000 | 8,814.00 | 8,814.00 | 8,814.00 | 0.00 |
| 19 | MIDWEST QUALITY GLOVES, INC. | 7100-000 | 302.20 | 302.20 | 302.20 | 0.00 |
| 20U-2 | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 1,560.00 | 1,560.00 | 0.00 |
| 21 | EXTRA PACKAGING CORP | 7100-000 | 43,900.00 | 43,900.00 | 43,900.00 | 0.00 |
| 22 | OCCUNOMIX INTERNATIONAL, LLC | 7100-000 | 1,462.50 | 1,462.50 | 1,462.50 | 0.00 |
| 23 -2 | UNITED STATES GENERAL SERVICES ADMINISTRATION | 7100-000 | N/A | 7,801.13 | 7,801.13 | 0.00 |
| 24 -2 | UNITED PARCEL SERVICE | 7100-000 | 809.29 | 2,869.45 | 2,869.45 | 0.00 |
| 25 | UNITED PARCEL SERVICE (FREIGHT) | 7100-000 | N/A | 3,666.08 | 3,666.08 | 0.00 |
| 26 | GULF SOUTH MEDICAL SUPPLY | 7100-000 | N/A | 155,155.06 | 155,155.06 | 0.00 |
| 27 | HARTFORD FIRE INSURANCE COMPANY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 30 | S.E. INTERNATIONAL, INC. | 7100-000 | 8,340.00 | 8,340.00 | 8,340.00 | 0.00 |
| 31 | SAFEWARE | 7100-000 | 1,251.57 | 1,251.57 | 1,251.57 | 0.00 |
| 32 | HEWLETT-PACKARD COMPANY | 7100-000 | N/A | 37,665.00 | 37,665.00 | 0.00 |
| 33 | R & L CARRIERS | 7100-000 | 722.73 | 722.73 | 722.73 | 0.00 |
| 34 | THOMAS GRASSO | 7100-000 | N/A | 3,775.00 | 3,775.00 | 0.00 |
| 35 | MARYLAND RADIO | 7100-000 | 4,881.00 | 5,134.00 | 5,134.00 | 0.00 |
| 36 | WB MASON CO. INC. | 7100-000 | 159.98 | 161.69 | 161.69 | 0.00 |
| 37 | U.S. POD BOX, INC. | 7100-000 | 10,923.00 | 10,923.00 | 10,923.00 | 0.00 |
| 38 | LIFESAVING SYSTEMS, INC. | 7100-000 | 3,800.00 | 3,800.00 | 3,800.00 | 0.00 |
| 39 | AIRSTAR AMERICA | 7100-000 | N/A | 3,636.75 | 3,636.75 | 0.00 |
| 40 | EMERGENCY PREPAREDNESS CONSULTING LLC | 7100-000 | N/A | 77,508.28 | 77,508.28 | 0.00 |
| 41 | GULF SOUTH MEDICAL SUPPLY | 7100-000 | N/A | 133,265.17 | 0.00 | 0.00 |
| 42 | STREAMLIGHT, INC. | 7100-000 | 3,309.29 | 3,409.28 | 3,409.28 | 0.00 |
| 43 | SAFEWARE | 7100-000 | N/A | 1,251.57 | 0.00 | 0.00 |
| 44 | ROBERT DENSER | 7100-000 | N/A | 390,525.00 | 390,525.00 | 0.00 |
| 45 | E.I. DU PONT DE NEMOURS AND COMPANY | 7100-000 | 486,829.35 | 485,985.99 | 485,985.99 | 0.00 |
| 46 | IMMEDIATE RESPONSE TECHNOLOGIES, INC. | 7100-000 | N/A | 109,924.55 | 109,924.55 | 0.00 |
| 47 | EVER READY FIRST AID AND MEDICAL SUPPLY | 7100-000 | 154,535.18 | 149,266.00 | 149,266.00 | 0.00 |
| 48 | ILC DOVER LP | 7100-000 | 978,704.47 | 978,704.47 | 978,704.47 | 0.00 |
| 49U-3 | SUSQUEHANNA BANK | 7100-000 | 1,669,000.00 | 299,436.61 | 299,436.61 | 0.00 |
| 50 | SOUTHERN CALIFORNIA EDISON COMPANY | 7100-000 | N/A | 2,417.26 | 2,417.26 | 0.00 |
| 51 | SAN GABRIEL VALLEY WATER COMPANY | 7100-000 | N/A | 846.47 | 846.47 | 0.00 |
| 52U | RR&C DEVELOPMENT CO. | 7100-000 | N/A | 503,346.42 | 503,346.42 | 0.00 |
| 53 | STATE OF WISCONSIN-DEPT. OF HEALTH SERVICES | 7100-000 | N/A | 329,564.45 | 329,564.45 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | TRI-ANIM HEALTH SERVICES INC. | 7100-000 | 523.90 | 641.46 | 641.46 | 0.00 |
| 55 | QCA CORPORATION | 7100-000 | 24,660.38 | 25,358.66 | 25,358.66 | 0.00 |
| 56 | PSE&G | 7100-000 | N/A | 8,141.05 | 8,141.05 | 0.00 |
| 58 | SHOWABEST MANUFACTURING | 7100-000 | 2,140.00 | 2,140.00 | 2,140.00 | 0.00 |
| 59 | DRAEGER SAFETY, INC | 7100-000 | 1,110.00 | 1,410.00 | 1,410.00 | 0.00 |
| 61 | PORZIO, BROMBERG & NEWMAN, P.C. | 7100-000 | N/A | 167,551.18 | 0.00 | 0.00 |
| 63 | BRANCH BANKING & TRUST COMPANY | 7100-000 | N/A | 1,100,000.00 | 1,100,000.00 | 0.00 |
| NOTFILED | Twin Discovery Systems, Inc. | 7100-000 | 1,836.81 | N/A | N/A | 0.00 |
| NOTFILED | Femo | 7100-000 | 5,499.09 | N/A | N/A | 0.00 |
| NOTFILED | Frigid Rigid, Inc. | 7100-000 | 1,904.00 | N/A | N/A | 0.00 |
| NOTFILED | FedBid | 7100-000 | 1,198.17 | N/A | N/A | 0.00 |
| NOTFILED | United Industry, LLC | 7100-000 | 39,956.10 | N/A | N/A | 0.00 |
| NOTFILED | Euramco Safety, Inc. | 7100-000 | 10,310.00 | N/A | N/A | 0.00 |
| NOTFILED | Hamcity | 7100-000 | 503.85 | N/A | N/A | 0.00 |
| NOTFILED | Hughes Enterprises | 7100-000 | 194.36 | N/A | N/A | 0.00 |
| NOTFILED | International Medcom | 7100-000 | 640.00 | N/A | N/A | 0.00 |
| NOTFILED | Engel | 7100-000 | 1,781.50 | N/A | N/A | 0.00 |
| NOTFILED | Haulmark Industries | 7100-000 | 316,292.54 | N/A | N/A | 0.00 |
| NOTFILED | FSI North America | 7100-000 | 27,175.24 | N/A | N/A | 0.00 |
| NOTFILED | Global Equipment Company, Inc. | 7100-000 | 4,937.40 | N/A | N/A | 0.00 |
| NOTFILED | Diamond Logistics, Inc. | 7100-000 | 7,550.00 | N/A | N/A | 0.00 |
| NOTFILED | YRC | 7100-000 | 13,713.00 | N/A | N/A | 0.00 |
| NOTFILED | White Cap Construction Supply | 7100-000 | 19,349.23 | N/A | N/A | 0.00 |
| NOTFILED | CEP Sorbents | 7100-000 | 734.31 | N/A | N/A | 0.00 |
| NOTFILED | Zoll Medical Corporation | 7100-000 | 18,774.00 | N/A | N/A | 0.00 |
| NOTFILED | DBA | 7100-000 | 930.00 | N/A | N/A | 0.00 |
| NOTFILED | Avon Protection | 7100-000 | 149,232.50 | N/A | N/A | 0.00 |
| NOTFILED | UPS 4517VF | 7100-000 | 641.81 | N/A | N/A | 0.00 |
| NOTFILED | Kappler | 7100-000 | 9,042.56 | N/A | N/A | 0.00 |
| NOTFILED | Disaster Management Systems, Inc. | 7100-000 | 59,013.59 | N/A | N/A | 0.00 |
| NOTFILED | DeltaWave Communications, Inc. | 7100-000 | 24,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Product Concepts, Inc. | 7100-000 | 10,159.00 | N/A | N/A | 0.00 |
| NOTFILED | Dynarex Corporation | 7100-000 | 7,215.89 | N/A | N/A | 0.00 |
| NOTFILED | Deer Park | 7100-000 | 133.12 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Livengood | 7100-000 | 71,728.00 | N/A | N/A | 0.00 |
| NOTFILED | Laurus Systems, Inc. | 7100-000 | 4,896.00 | N/A | N/A | 0.00 |
| NOTFILED | TriState | 7100-000 | 273.83 | N/A | N/A | 0.00 |
| NOTFILED | Sandusky Lee | 7100-000 | 511.10 | N/A | N/A | 0.00 |
| NOTFILED | RMC Medical | 7100-000 | 749.66 | N/A | N/A | 0.00 |
| NOTFILED | S.O.S. Survival Products | 7100-000 | 10,735.48 | N/A | N/A | 0.00 |
| NOTFILED | Sheby Specialty Gloves | 7100-000 | 1,858.60 | N/A | N/A | 0.00 |
| NOTFILED | Protective Industrial Products, LLC | 7100-000 | 451.44 | N/A | N/A | 0.00 |
| NOTFILED | TQL | 7100-000 | 6,383.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell | 7100-000 | 2,394.08 | N/A | N/A | 0.00 |
| NOTFILED | Tactical & Survival Specialties, Inc. | 7100-000 | 2,170.51 | N/A | N/A | 0.00 |
| NOTFILED | Tingley One Craigwood Rd | 7100-000 | 983.13 | N/A | N/A | 0.00 |
| NOTFILED | Specialty Freight Services, Inc. | 7100-000 | 3,052.60 | N/A | N/A | 0.00 |
| NOTFILED | Standard Medical Supply | 7100-000 | 64,207.14 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Medical PMI | 7100-000 | 134,600.87 | N/A | N/A | 0.00 |
| NOTFILED | Simpler Life | 7100-000 | 1,298.00 | N/A | N/A | 0.00 |
| NOTFILED | Pelican | 7100-000 | 1,817.52 | N/A | N/A | 0.00 |
| NOTFILED | Proforma | 7100-000 | 469.06 | N/A | N/A | 0.00 |
| NOTFILED | MQ Power | 7100-000 | 2,496.20 | N/A | N/A | 0.00 |
| NOTFILED | Mr. Disposable, Inc. | 7100-000 | 1,703.98 | N/A | N/A | 0.00 |
| NOTFILED | McKesson Medical/Surgical | 7100-000 | 15,745.31 | N/A | N/A | 0.00 |
| NOTFILED | Mintie Technologies, Inc. | 7100-000 | 7,618.94 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Industries, Inc. | 7100-000 | 4,654.30 | N/A | N/A | 0.00 |
| NOTFILED | M.L. KISHIGO | 7100-000 | 5,251.10 | N/A | N/A | 0.00 |
| NOTFILED | Norcross | 7100-000 | 1,832.65 | N/A | N/A | 0.00 |
| NOTFILED | N. Glantz & Son, LLC | 7100-000 | 3,238.00 | N/A | N/A | 0.00 |
| NOTFILED | TVI Corporation | 7100-000 | 110,031.65 | N/A | N/A | 0.00 |
| NOTFILED | O.C.A. Bnefit Srvs | 7100-000 | 133.00 | N/A | N/A | 0.00 |
| NOTFILED | Nutwell Logistics NYC | 7100-000 | 15,099.00 | N/A | N/A | 0.00 |
| NOTFILED | APS Admin Fee | 7100-000 | 6,113.16 | N/A | N/A | 0.00 |
| NOTFILED | Township Of Berlin | 7100-000 | 8,456.50 | N/A | N/A | 0.00 |
| NOTFILED | NuBridges, LLC | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Anachemia | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Airgas | 7100-000 | 24,862.35 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | All Industrial-Safety Products, Inc. | 7100-000 | 80.25 | N/A | N/A | 0.00 |
| NOTFILED | American Textile Systems | 7100-000 | 22,522.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,879,149.89 | $5,869,292.89 | $5,567,224.97 | $0.00 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.
**Period Ending:** 06/08/17

**Trustee:** (500320) ANDREW SKLAR
**Filed (f) or Converted (c):** 10/12/12 (c)
**§341(a) Meeting Date:** 11/05/12
**Claims Bar Date:** 02/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking acct at Susquehanna Bank-<br>No Value at time of conversion | 188,700.00 | 0.00 | | 0.00 | FA |
| 2 | Flex acct at Susquehanna Bank;<br>No Value at time of conversion | 4,050.00 | 0.00 | | 0.00 | FA |
| 3 | Payroll acct at Susquehhanna Bank<br>No Value @ time of conversion | 523.00 | 0.00 | | 0.00 | FA |
| 4 | security deposit held by ASKAT, LLC, (u)<br>Added in Debtor's Amended Sch B 5/1/12-Docket #58. No value at time of conversion | 43,500.00 | 0.00 | | 0.00 | FA |
| 5 | security deposit held by RCC Development under l<br>No Value at time of conversion | 279,000.00 | 0.00 | | 0.00 | FA |
| 6 | miscellaneous accounts due as reflected on attac<br>No Value at time of conversion | 540,357.84 | 0.00 | | 0.00 | FA |
| 7 | receivable owed by California Dept of Public Hea<br>This is included in the adversary proceeding against Guarino, et al., Adv. No. 14-1299 | 609,000.00 | 0.00 | | 0.00 | FA |
| 8 | Debtor is a party to a supply contract with GSA<br>Debtor is a party to a supply contract with GSA allowing Debtor to furnish goods to US Government; No Value at time of conversion | Unknown | 0.00 | | 0.00 | FA |
| 9 | miscellaneous items of office equipment/supplies<br>No Value at time of conversion | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | miscellaneous iterms of machinery and equipment<br>No Value at time of conversion | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | miscellaneous items in inventory<br>No Value at time of conversion | 1,629,270.53 | 0.00 | | 0.00 | FA |
| 12 | DIP bank account at TD bank (u) | 0.00 | 68.60 | | 68.60 | FA |
| 13 | Workers Comp Audit refund (u) | 0.00 | 1,932.00 | | 1,932.00 | FA |
| 14 | Hartford Insurance Premium Refund (u) | 0.00 | 1,465.77 | | 1,465.77 | FA |
| 15 | Adv #13-1251 Preference American Textile Systems (u)<br>5/3/13 notice settlement-docket #261 | 0.00 | 2,000.00 | | 2,000.00 | FA |

Exhibit 8



# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.
**Period Ending:** 06/08/17

**Trustee:** (500320) ANDREW SKLAR
**Filed (f) or Converted (c):** 10/12/12 (c)
**§341(a) Meeting Date:** 11/05/12
**Claims Bar Date:** 02/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Preference claim against American Express (u)<br>no adversary proceeding filed<br>10/21/13 notice settlement docket #270 | 0.00 | 30,000.00 | | 30,000.00 | FA |
| 17 | Adv#12-1879 Claim against Susquehana Bank (u)<br>3/26/16 settled - docket #339 | 0.00 | 1,100,000.00 | | 1,100,000.00 | FA |
| 18 | Preference Claim Against Dilworth Paxson (u)<br>No adversary proceeding filed<br>1/21/14 settled -docket #298 | 0.00 | 9,950.00 | | 9,950.00 | FA |
| 19 | Adv #14-1016 Preference UPS (u)<br>8/4/14 - Docket #10 in adversary action - Money Judgment entered in favor of Estate for $6,998.65 | 0.00 | 6,998.65 | | 0.00 | FA |
| 20 | Adv #14-1017 Preference United Industry LLC (u)<br>8/5/14 - Docket #10 in adversary action - Money Judgment entered in favor of Estate for $11,327.18 | 0.00 | 11,317.18 | | 0.00 | FA |
| 21 | Adv #14-1020 Preference SincVentures (u)<br>Adv Pro dismissed, defendant out of business | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Adv #14-1019 Preference Newtec Condo Assn (u)<br>6/11/14 settled -docket #325 | 0.00 | 750.00 | | 750.00 | FA |
| 23 | Adv #14-1299 Pref & other claims Guarino et al (u)<br>4/29/16 settled -docket #351 | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 24 | Adv #14-1342 Preference ILC Dover (u)<br>Adv. No. 14-1342 - dismissed | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Adv #14-1343 Preference Discount Central LLC (u)<br>Adv. No. 14-1343 - dismissed | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Adv #14-1344 Preference RR&C Devel (u)<br>Adv. No. 14-1344 - dismissed | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Adv #14-1239 A/R Claim Riverside County, CA (u)<br>3/30/15 settled-docket #331 | 0.00 | 75,000.00 | | 75,500.00 | FA |
| 28 | Preference Claim vs. Haulmark Industries (u)<br>Settled without adversary complaint being filed, 3/10/14-docket #309 | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 29 | Adv #14-1015 Preference American Textile Systems (u) | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.
**Period Ending:** 06/08/17

**Trustee:** (500320) ANDREW SKLAR
**Filed (f) or Converted (c):** 10/12/12 (c)
**§341(a) Meeting Date:** 11/05/12
**Claims Bar Date:** 02/04/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Dismissed 1/23/14 | | | | | |
| 30 | Adv #14-1018 Preference Con-Space Communications (u)<br>3/10/14 settled-docket #310 | 0.00 | 750.00 | | 750.00 | FA |
| 30 | **Assets** **Totals** (Excluding unknown values) | **$3,296,401.37** | **$1,277,232.20** | | **$1,259,416.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

Counsel and accountant fees were extraordinary in this matter as a result of prolonged litigation. After a 5 day trial, we were completely successful in the litigation against the secured lender. However, the action against the debtor's principal did not yield the expected benefit due to his being indicted by the State of California. Between the prolonged litigation and the failure to obtain a better result against the principal due to his criminal problems, the estate was essentially administratively insolvent despite a significant recovery against the lender. All professionals, including the trustee, took reductions of their fees in order to at least pay a portion of the Ch. 11 administrative claims.

TFR: 2/16/2017
TFR APPROVAL: 2/21/2017
FINAL MTG: 3/23/17
TDR: 5/17/2017
TDR APPROVAL: PENDING

**Initial Projected Date Of Final Report (TFR):** October 15, 2015 **Current Projected Date Of Final Report (TFR):** February 16, 2017 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.

**Taxpayer ID #:** **-***5467
**Period Ending:** 06/08/17

**Trustee:** ANDREW SKLAR (500320)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******66-66 - Checking Account
**Blanket Bond:** $39,709,084.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/12 | {12} | TD Bank, N.A. | liquidation of DIP account | 1229-000 | 68.60 | | 68.60 |
| 12/17/12 | {13} | The Hartford | workers compensation premium audit refund | 1229-000 | 1,932.00 | | 2,000.60 |
| 12/17/12 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/17/2012 FOR CASE #12-16322 | 2300-000 | | 2.07 | 1,998.53 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001050032088 20121218 | 9999-000 | | 68.60 | 1,929.93 |
| 01/08/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001050032088 20130108 | 9999-000 | | 1,929.93 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,000.60** | **2,000.60** | **$0.00** |
| Less: Bank Transfers | 0.00 | 1,998.53 | |
| **Subtotal** | **2,000.60** | **2.07** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,000.60** | **$2.07** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.

**Taxpayer ID #:** **-***5467
**Period Ending:** 06/08/17

**Trustee:** ANDREW SKLAR (500320)
**Bank Name:** Rabobank, N.A.
**Account:** ******1166 - Checking Account
**Blanket Bond:** $39,709,084.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 68.60 | | 68.60 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 58.60 |
| 01/09/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,929.93 | | 1,988.53 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 1,978.53 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 1,968.53 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,958.53 |
| 04/15/13 | 10102 | State of New Jersey - CBT | CBT 2012, EIN 20-3495467 | 2820-000 | | 325.00 | 1,633.53 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,623.53 |
| 05/22/13 | {14} | The Hartford | insurance premium refund | 1229-000 | 1,465.77 | | 3,089.30 |
| 05/22/13 | {15} | American Textile Systems | settlement of Adv. No. 13-1251 vs. American Textile Systems | 1241-000 | 2,000.00 | | 5,089.30 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,079.30 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,069.30 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,059.30 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,049.30 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,039.30 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,029.30 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,019.30 |
| 12/26/13 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/26/2013 FOR CASE #12-16322 | 2300-000 | | 4.06 | 5,015.24 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,005.24 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,995.24 |
| 02/21/14 | {16} | American Express Travel Related Services | settlement of preference claim (no AP filed) | 1241-000 | 30,000.00 | | 34,995.24 |
| 02/24/14 | {18} | Dilworth Paxson | settlement of preference claim (NO AP FILED) | 1241-000 | 9,950.00 | | 44,945.24 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.88 | 44,931.36 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.47 | 44,868.89 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.84 | 44,800.05 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.43 | 44,735.62 |
| 06/13/14 | {27} | Riverside County Fire Dept. | payment by defendant for vacating jmt | 1221-000 | 500.00 | | 45,235.62 |
| 06/18/14 | {28} | Universal Trailer Cargo Group | settlement of preference demand Haulmark Ind | 1241-000 | 12,000.00 | | 57,235.62 |

Subtotals : $57,914.30 $678.68

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.

**Taxpayer ID #:** **-***5467
**Period Ending:** 06/08/17

**Trustee:** ANDREW SKLAR (500320)
**Bank Name:** Rabobank, N.A.
**Account:** ******1166 - Checking Account
**Blanket Bond:** $39,709,084.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/14 | 10104 | US Bankruptcy Clerk | Adv. Pro. Nos. 14-1016, 14-1017, 14-1019, 14-1020, 14- 1015, 14-1018, 14-1239, 14-1342, 14-1343, 14-1344 | 2700-000 | | 2,930.00 | 54,305.62 |
| 06/19/14 | 10105 | US Bankruptcy Clerk | filing fee, adv. no. 13-1251 | 2700-000 | | 293.00 | 54,012.62 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.20 | 53,945.42 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.35 | 53,860.07 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.88 | 53,785.19 |
| 09/05/14 | {22} | Newtec Corporation | settlement of Adv #14-11019 Newtec | 1241-000 | 750.00 | | 54,535.19 |
| 09/26/14 | 10106 | Gibbons, P.C. | 1/3 mediator retainer | 3721-000 | | 2,500.00 | 52,035.19 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.31 | 51,951.88 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.93 | 51,873.95 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.15 | 51,806.80 |
| 12/31/14 | 10107 | Gibbons, P.C. | Balance of mediator fee | 3721-000 | | 2,022.50 | 49,784.30 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.45 | 49,699.85 |
| 01/14/15 | 10108 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2015 FOR CASE #12-16322<br>Voided on 01/14/15 | 2300-000 | | 72.83 | 49,627.02 |
| 01/14/15 | 10108 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2015 FOR CASE #12-16322<br>Voided: check issued on 01/14/15 | 2300-000 | | -72.83 | 49,699.85 |
| 01/14/15 | 10109 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2015 FOR CASE #12-16322, blanket bond payment 1/1/15 - 1/1/16 | 2300-000 | | 75.68 | 49,624.17 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.03 | 49,552.14 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.51 | 49,485.63 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.92 | 49,409.71 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.06 | 49,338.65 |
| 05/08/15 | | Sklar Law, LLC | blanket bond refund | 2300-000 | | -72.96 | 49,411.61 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.66 | 49,342.95 |
| 06/04/15 | {27} | Riverside County Treasurer | settlement of Adv#14-1239 ads Riverside, CA | 1221-000 | 75,000.00 | | 124,342.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.59 | 124,177.36 |
| 07/05/15 | 10110 | Susquehanna Bank | settlement of Riverside County adv. pro. | 4210-000 | | 35,159.00 | 89,018.36 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.47 | 88,870.89 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.56 | 88,747.33 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.17 | 88,611.16 |
| | | | Subtotals : | | $75,750.00 | $44,374.46 | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.

**Taxpayer ID #:** **-***5467
**Period Ending:** 06/08/17

**Trustee:** ANDREW SKLAR (500320)
**Bank Name:** Rabobank, N.A.
**Account:** ******1166 - Checking Account
**Blanket Bond:** $39,709,084.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.45 | 88,483.71 |
| 11/23/15 | 10111 | Doman Transcribing | transcript of trial in Adv. No. 12-1879 | 2990-000 | | 1,750.00 | 86,733.71 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.02 | 86,610.69 |
| 12/17/15 | | Diana Doman Transcribing, LLC | refund of trial transcript deposit | 2990-000 | | -356.71 | 86,967.40 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.43 | 86,829.97 |
| 01/18/16 | 10112 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #12-16322, Bond #016026385 | 2300-000 | | 42.36 | 86,787.61 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.39 | 86,667.22 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.17 | 86,547.05 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.57 | 86,410.48 |
| 04/04/16 | {17} | Deiches & Ferschmann | partial settlement payment - adv.#12-1879 | 1249-000 | 22,160.76 | | 108,571.24 |
| 04/04/16 | {17} | Branch Banking & Trust Company | settlement payment for adv pro judgment -12-1879 | 1249-000 | 1,077,839.24 | | 1,186,410.48 |
| 04/29/16 | {23} | Dilworth Paxson LLP | settlement of adv pro #14-1299 | 1241-000 | 25,000.00 | | 1,211,410.48 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,382.11 | 1,210,028.37 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,674.25 | 1,208,354.12 |
| 06/16/16 | 10113 | Sklar Law, LLC | Atty for TR fees per order 4/28/16 less 10% voluntary reduction | 3110-000 | | 2,117.25 | 1,206,236.87 |
| 06/16/16 | 10114 | Sklar Law, LLC | Atty for TR expenses per order dated 4/28/16 | 3120-000 | | 585.95 | 1,205,650.92 |
| 06/16/16 | 10115 | Trenk, DiPasquale, DellaFerra & Sodono, P.C. | Atty TR fees per order dated 4/14/16 less voluntary 10% reduction | 3210-000 | | 57,055.05 | 1,148,595.87 |
| 06/16/16 | 10116 | Trenk, DiPasquale, DellaFerra & Sodono, P.C. | Atty TR expenses per order dated 4/14/16 | 3220-000 | | 753.11 | 1,147,842.76 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,888.59 | 1,145,954.17 |
| 07/28/16 | 10117 | Porzio, Bromberg & Newman, P.C. | special counsel fees per order dated 7/28/2016 | 3210-000 | | 923,864.81 | 222,089.36 |
| 07/28/16 | 10118 | Porzio, Bromberg & Newman, P.C. | special counsel expenses per order dated 7/28/2016 | 3220-000 | | 16,135.19 | 205,954.17 |
| 07/28/16 | 10119 | Eisner Amper LLP | accountant fees per order dated 7/28/16 | 3410-000 | | 129,803.21 | 76,150.96 |
| 07/28/16 | 10120 | Eisner Amper LLC | accountant expenses per order dated 7/28/16 | 3420-000 | | 196.79 | 75,954.17 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,588.99 | 74,365.18 |
| 08/02/16 | 10121 | State of New Jersey - CBT | 20-3495467 tax year 2012 | 2820-000 | | 516.00 | 73,849.18 |
| 08/02/16 | 10122 | State of New Jersey - CBT | FIN#: 203-495-467 Tax year 2013 | 2820-000 | | 177.00 | 73,672.18 |
| 08/02/16 | 10123 | State of New Jersey - CBT | FED ID# 203-495-467 Tax year 2014 | 2820-000 | | 519.00 | 73,153.18 |
| 08/02/16 | 10124 | State of New Jersey - CBT | Fed ID#: 203-495-467 Tax year 2015 | 2820-000 | | 519.00 | 72,634.18 |
| 08/02/16 | 10125 | State of New Jersey - CBT | Fed ID# 203-495-467 Tax year 2016 | 2820-000 | | 512.00 | 72,122.18 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.24 | 71,846.94 |

Subtotals : $1,125,000.00 $1,141,764.22

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.

**Taxpayer ID #:** **-***5467
**Period Ending:** 06/08/17

**Trustee:** ANDREW SKLAR (500320)
**Bank Name:** Rabobank, N.A.
**Account:** ******1166 - Checking Account
**Blanket Bond:** $39,709,084.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.05 | 71,743.89 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.47 | 71,644.42 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.62 | 71,534.80 |
| 12/20/16 | {30} | TRENK DiPASQUALE DELLA FERA SODONO | SETTLEMENT ADV. #14-1018 | 1241-000 | 750.00 | | 72,284.80 |
| 12/28/16 | 10126 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2016 FOR CASE #12-16322, BOND #016026385 | 2300-000 | | 37.55 | 72,247.25 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.89 | 72,144.36 |
| 03/23/17 | 10127 | ANDREW SKLAR | Dividend paid 100.00% on $201.50, Trustee Expenses; Reference: TRUSTEE EXPENSES | 2200-000 | | 201.50 | 71,942.86 |
| 03/23/17 | 10128 | ANDREW SKLAR | Dividend paid 100.00% on $61,032.49, Trustee Compensation; Reference: TRUSTEE COMMISSION | 2100-000 | | 54,929.24 | 17,013.62 |
| 03/23/17 | 10129 | Untied States Trustee | Dividend paid 100.00% on $2,275.00, U.S. Trustee Quarterly Fees; Reference: USTO QUARTERLY FEES | 2950-000 | | 2,275.00 | 14,738.62 |
| 03/23/17 | 10130 | Deiches & Ferschmann | Dividend paid 7.83% on $18,426.75, Attorney for D-I-P Fees (Chapter 11); Reference: ATTY FOR DIP | 6210-000 | | 1,444.00 | 13,294.62 |
| 03/23/17 | 10131 | Deiches & Ferschmann | Dividend paid 7.83% on $82.21, Attorney for D-I-P Expenses (Chapter 11); Reference: ATTY FOR DIP EXPENSES | 6220-000 | | 6.44 | 13,288.18 |
| 03/23/17 | 10132 | RR&C Development Co. | Dividend paid 7.83% on $169,569.85, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11); Reference: CH 11 ADMIN CLAIM PER ORD | 6920-000 | | 13,288.18 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,259,414.30** | **1,259,414.30** | **$0.00** |
| Less: Bank Transfers | 1,998.53 | 0.00 | |
| **Subtotal** | **1,257,415.77** | **1,259,414.30** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,257,415.77** | **$1,259,414.30** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-16322-ABA
**Case Name:** GLOBAL PROTECTION USA, INC.

**Taxpayer ID #:** **-***5467
**Period Ending:** 06/08/17

**Trustee:** ANDREW SKLAR (500320)
**Bank Name:** Rabobank, N.A.
**Account:** ******1166 - Checking Account
**Blanket Bond:** $39,709,084.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 1,259,416.37 |
| Net Estate : | $1,259,416.37 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******66-66 | 2,000.60 | 2.07 | 0.00 |
| Checking # ******1166 | 1,257,415.77 | 1,259,414.30 | 0.00 |
| | $1,259,416.37 | $1,259,416.37 | $0.00 |